UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                              **CRIMINAL ACTION NUMBER:**        **3:02CR-152-J**
                                                                          **3:05CR-65-J**

**JASON GREGORY FOWLER**                                                                      **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the pleas of guilty by the Defendant to Counts 1 through 5 of of the Indictment in case number 3:02CR-152-J and the plea of guilty by the Defendant to Count 1 of the Second Superseding Indictment in case number 3:05CR-65-J are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **AUGUST 22, 2005 AT 11:00 AM.**, United States Courthouse, Louisville, Kentucky.

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant